# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY KA THAO,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC.,<br><br>        Defendant. | Case No. 1:25-cv-00424-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>**APRIL 15, 2026 DEADLINE** |

On February 25, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than April 15, 2026.  (ECF No. 18.)

Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than **April 15, 2026**.[1]  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **February 26, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

---

[1] The parties have requested that the Court 'retain' jurisdiction over this matter until the parties perform their duties pursuant to the settlement agreement.  However, based on the notice, it appears that the parties seek to have the Court keep this case open through the filing of the dispositional documents.  Because the Court, as a matter of course, keeps cases open until the filing of dispositional documents, the Court denies this request at this time.  Should the parties require that the Court retain jurisdiction following the filing of dispositional documents, they may move for such relief concurrently with the filing of the dispositional documents (and should include a legal and/or factual basis).