# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY KA THAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC.,<br><br>　　　　Defendant. | Case No. 1:25-cv-00424-SAB<br><br>ORDER RE STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10) |

Before the Court is the parties' joint stipulation for an extension of time to file dispositional documents. (ECF No. 10.) For good cause shown, the Court hereby grants the request and ORDERS that Plaintiff shall have through **May 15, 2026**, to file dispositional documents. Any further extension must be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:　__**April 14, 2026**__　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　United States Magistrate Judge